IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

---

Civil Action:      24-cv-03089-CNS-MDB          Date: December 5, 2025
Courtroom Deputy:   Julie Dynes                  Court Reporter: Sarah Mitchell

---

| *Parties* | *Counsel* |
|---|---|
| JOEL FITZGERALD | *Patricia Bangert* |
| **Plaintiff** | |
| v. | |
| REGIONAL TRANSPORTATION DISTRICT | *David Powell Jr.* |
| | *Lys Runnerstrom* |
| **Defendant** | |

---

## COURTROOM MINUTES

---

**ORAL ARGUMENT**

Court in Session:  9:58 a.m.

Appearance of counsel.

As outlined on the record, it is

**ORDERED:   [61] Defendant's Motion to Dismiss Counts Four and Five is DENIED.**

**Settlement conference with the Magistrate Judge is authorized.**

Court in Recess:  10:09 a.m.          Hearing concluded.          Total time in Court:  00:11