# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Case No. 1:24-cv-03089-CNS-MDB**

**JOEL FITZGERALD, SR., PH.D**.,

Plaintiff,

vs.

**REGIONAL TRANSPORTATION DISTICT**,

Defendant.

---

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each side to bear its own fees and costs.

Respectfully submitted this 8th day of January, 2026.

| | |
|---|---|
| *s/ Patricia S. Bangert* | *s/ Lys Runnerstrom* |
| Patricia S. Bangert, Attorney at Law, LLC | David D. Powell, Jr., Reg. No. 16152 |
| 501 S. Cherry Street, Suite 1100 | Lys Runnerstrom, Reg. No. 47423 |
| Denver, CO 80246 | GARNETT POWELL MAXIMON BARLOW & FARBES |
| Phone: (303) 228-2175 | |
| (303) 947-5155 (direct) | 1125 17th Street, Suite 2200 |
| Email: trish@pbangertlaw.com | Denver, CO 80202 |
| *Attorney for Plaintiff* | Telephone: (303) 991-3344 |
| | David.powell@garnettlegalgroup.com |
| | lys.runnerstrom@garnettlegalgroup.com |
| | *Attorneys for Defendant* |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 8, 2026, the foregoing "**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)"** was electronically filed with the Clerk of Court via the CM/ECF system:

David D. Powell, Jr., Reg. No. 16152
Lys Runnerstrom, Reg. No. 47423
GARNETT POWELL MAXIMON BARLOW & FARBES
1125 17th Street, Suite 2200
Denver, CO 80202
David.powell@garnettlegalgroup.com
lys.runnerstrom@garnettlegalgroup.com
*Attorneys for Defendant*

*/s/ Patricia S. Bangert*

_____

Patricia S. Bangert